IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL BENJAMIN GOIST,

    Petitioner,

vs.

                             CIVIL ACTION NO.: CV205-213

JOSE M. VAZQUEZ, Warden,

    Respondent.

## ORDER

Petitioner filed a "Notice to Enter Default and Request Summary Judgment." He asserts that the Respondent has failed to respond to his "Notice of Staement (sic) of Claim Amended Commercial Presentment - Notice to Respond" under the Truth-In-Lending Act and therefore the Government is in default and "Summary Judgment" should be entered. The Government has filed a response. Petitioner's request for entry of default and summary judgment is **DENIED**.

**SO ORDERED**, this 3 day of May, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)