

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PAUL BENJAMIN GOIST,

    Petitioner,

vs.      CIVIL ACTION NO.: CV205-213

JOSE M. VAZQUEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Petitioner Paul Benjamin Goist ("Goist") filed Objections. In his Objections, Goist appears to refute the Magistrate Judge's finding that he seeks $160 million in damages. Goist also contends that he did not consent to the Magistrate Judge's Jurisdiction and asserts that he stated a proper claim.

Goist's consent is not required for the Magistrate Judge to address "applications for post[-]trial relief made by individuals convicted of criminal offenses [or] of prisoner petitions challenging conditions of confinement[,]" in order to issue a Report and Recommendation to a District Court Judge for ruling. See 28 U.S.C. § 636(b)(1)(B) (2006). In the instant case, the Magistrate Judge appropriately

AO 72A
(Rev. 8/82)

addressed the issues before the Court and determined that Goist's petition sought relief which is not available under 28 U.S.C. § 2241.

Goist's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Goist's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 12th day of May, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA